# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  09−25102−MBK
                    Chapter:  7
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Won Hum Jeon
   12 S Atlantic Ave Apt 78
   Aberdeen, NJ 07747

Social Security No.:
   xxx−xx−2184

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

    John Michael McDonnell, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than August 20, 2009.
    In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on

DATE:                 August 31, 2009
TIME:                 10:00 am
COURTROOM:     #3

    If no objection is filed with the Clerk and served upon the Trustee on or before August 20, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
3065 Ivins Ave.
Egg Harbor Township, NJ
Current Market Value: $250,000

The liens on the property to be abandoned are as follows
(including amount claimed due):
$267,000

Plus 10% for Cost of Sale

The amount of equity claimed as exempt by the debtor is:
$0

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
John Michael McDonnell
Trenk DiPasquale, et al.

115 Maple Avenue
Suite 201
Red Bank, NJ 07701
973–243–8600

    or the trustee's attorney (if applicable) at:

Dated: August 3, 2009
JJW:

                                                 James J. Waldron
                                               Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: jyoungke              Page 1 of 1                   Date Rcvd: Aug 03, 2009
Case: 09-25102               Form ID: 154                Total Noticed: 11

The following entities were noticed by first class mail on Aug 05, 2009.
db           +Won Hum Jeon,    12 S Atlantic Ave Apt 78,    Aberdeen, NJ 07747-2275
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
509750265     Bank Of America,    P.O. Box 15971,    Wilmington, DE 19850-5971
509750267    +Chase,    P.O. Box 15548,    Wilmington, DE 19886-5548
509750266    +Chase,    P.O. Box 94014,    Palatine, IL 60094-4014
509750268    +Chevy Chase Bank,    Cardmember Services,    P O Box 15153,    Wilmington, DE 19886-5153
509750270    +IndyMac Federal Bank,    Home Loan Servicing,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
509750271    +Strathmore Gardens Condominiums,    12 South Atlantic Avenue,    Aberdeen, NJ 07747-2267
509750272   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Cardmember Services,    P.O. Box 108,    St Louis, MO  63166)
The following entities were noticed by electronic transmission on Aug 04, 2009.
509750269    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2009 02:56:14      Discover,    P.O. Box 71084,
               Charlotte, NC 28272-1084
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2009**                           **Signature:** _Joseph Speetjens_