```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FEIN, SUCH, KAHN & SHEPARD PC
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
YIND039
```

Order Filed on 8/11/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re: | Case No.: 09-25102 MBK |
|---|---|
| WON HUM JEON | Adv. No.: |
| Debtor. | Hearing Date: August 10, 2009 |
| | Judge: HONORABLE MICHAEL B. KAPLAN |

**ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: 8/11/2009**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: WON HUM JEON
Case No: 09-25102 MBK
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**
_____

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, ONEWEST BANK FSB f/k/a INDYMAC FEDERAL BANK, F.S.B., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:

___**X**___ Land and premises commonly known as <u>3065 IVINS AVENUE, EGG HARBOR TOWNSHIP, NJ 08234</u>.

_____ Land and premises identified by the lot and block numbers set forth below on the official tax map of the _____ of _____, County of _____ and the State of _____.

Block Number(s)          Lot Numbers (s)

_____           _____

_____           _____

*Approved by Judge Michael Kaplan August 11, 2009*

**(Page 3)**
Debtor: WON HUM JEON
Case No: 09-25102 MBK
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**
_____

Land and premises located in the _____ of _____, County of _____ and the State of _____ and specifically described on the schedule annexed to this Order.

FURTHER ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the Debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Michael Kaplan August 11, 2009*